UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CATHERINE KUEHN, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:20-cv-00436-SRC |
| ) | |
| vs. ) | St. Louis County Circuit Court |
| ) | Case No. 20SL-CC00837 |
| CHERYL POLLARD and ) | |
| SWINGLINE TRANSPORT, LLC, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION FOR DISMISSAL

COMES NOW, Plaintiff, by and through counsel, and dismisses her cause of action against Defendants, with prejudice. Each party to bear their own costs.

Respectfully submitted,

KOLKER AND LABOVITZ
*/s/ Brent E. Labovitz*
BRENT E. LABOVITZ #61468
7700 Bonhomme, Ste. 350
Clayton, Missouri 63105
(314) 727-4529 Telephone
(314) 727-8529 Facsimile
bel@kolkerlawfirm.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the above and foregoing was emailed this 15th day of September, 2020 to:

LASHLY BAER, P.C.
Kevin L. Fritz
Daniel K. Mannion
714 Locust Street
St. Louis, MO 63101
klfritz@lashlybaer.com
dmannion@lashlybaer.com
Attorneys for Defendants

*/s/ Brent E. Labovitz*